**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MARCUS LANCASTER, | Case No. CV 11-04340-VBF (MLG) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND |
| v. | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein.  No objection has been filed.  The Court accepts and adopts the findings and recommendation of the United States Magistrate Judge and orders that Respondent's Motion to Dismiss be Denied.

Dated: August 31, 2012

_Valerie Baker Fairbank_

Valerie Baker Fairbank
United States District Judge

1