JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARCUS LANCASTER, | No. CV 11-4340-VBF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of the Magistrate Judge,

IT IS ADJUDGED that the Fourth Amended Petition is denied and this action is dismissed with prejudice.

DATED: July 8, 2020

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE