UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LANCASTER,<br><br>                Petitioner,<br><br>    v.<br><br>PATRICK COVELLO, warden,<br><br>                Respondent. | No. 2:11-cv-04340-VBF-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS** AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Fourth Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. On August 5, 2024, Petitioner filed Objections. (Dkt. 218.) Accordingly, the Court has independently reviewed those portions of the Report and Recommendation to which Petitioner has objected. However, Petitioner's Objections do not cause the Court to alter or modify the recommendations of the Magistrate Judge. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

\\

\\

\\

IT IS ORDERED that Judgment be entered DENYING the Fourth Amended Petition and dismissing this action WITH PREJUDICE.

DATED: September 30, 2024

/s/ Valerie Baker Fairbank
---
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE