JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LANCASTER,<br><br>    Petitioner,<br><br>v.<br><br>PATRICK COVELLO, Warden,<br><br>    Respondent. | No. 2:11-cv-04340-VBF-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 30, 2024            /s/ Valerie Baker Fairbank

 

                                    HON. VALERIE BAKER FAIRBANK
                                    UNITED STATES DISTRICT JUDGE